# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HOPEWELL CULTURE & DESIGN LLC,**<br><br>PLAINTIFF,<br><br>V.<br><br>**COBY ELECTRONICS CORP.,**<br><br>DEFENDANT. | **CASE NO. 2:12-CV-692**<br><br>**JURY TRIAL DEMANDED** |

## MOTION TO DISMISS PURSUANT TO SETTLEMENT AGREEMENT

Plaintiff Hopewell Culture & Design, LLC ("Hopewell") and Defendant Coby Electronics Corp. ("Coby") have amicably settled the claims by and between Hopewell and Coby. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Hopewell moves to dismiss with prejudice Hopewell's claims against Coby.

Dated: January 29, 2013

Respectfully submitted,

By: */s/ Austin Hansley*
**AUSTIN HANSLEY P.L.L.C.**
Austin L. Hansley
Texas Bar No.: 24073081
5050 Quorum Dr. Suite 700
Dallas, Texas 75254
Telephone:   (469) JURY-PRO
Facsimile:   (855) FIRM-FAX
Email: Austin@TheTexasLawOffice.com
www.TheTexasLawOffice.com
 **ATTORNEY FOR PLAINTIFF**
 **KICKAPOO RUN, LLC**

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this 29th day of January, 2013.

                                                  \s\ *Austin Hansley*
                                                Austin Hansley