## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

**HOPEWELL CULTURE & DESIGN LLC,**

**PLAINTIFF,**

**V.**

**COBY ELECTRONICS CORP.,**

**DEFENDANT.**

**CASE NO. 2:12-CV-692**

**JURY TRIAL DEMANDED**

### ORDER GRANTING MOTION TO DISMISS

COMES NOW Hopewell Culture & Design, LLC's Motion to Dismiss Pursuant to Settlement Agreement. The Court, having reviewed the Motion and the file, finds that the Motion should be, and hereby is, GRANTED.

Accordingly, the Court hereby ORDERS that Hopewell's claims against Coby Electronics Corp. are dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

**So ORDERED and SIGNED this 30th day of January, 2013.**


_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE